IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| WILLIAM FRANKE | ) | CASE NO.: 3:25-CV-00017 |
| | ) | |
| Plaintiff, | ) | JUDGE: THOMAS M. ROSE |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| | ) | |
| MATHESON TRI-GAS INC. | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that Attorney Paul Filippelli of Spitz, The Employee's Law Firm, hereby enters his appearance as counsel of record for Plaintiff in the above-captioned matter. Please include Attorney Paul Filippelli on all notices and filings.

Respectfully submitted,

/s/ *Trisha Breedlove*
Trisha Breedlove (0095852)
Paul Filippelli (0097085)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
1103 Schrock Road
Suite 307
Columbus, OH 43229
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: trisha.breedlove@spitzlawfirm.com

*Attorneys For Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, a copy of the foregoing was filed via the Court's electronic filing system and made available to all parties in this matter.

/s/ *Trisha Breedlove*
Trisha Breedlove (0095852)