UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WILLIAM FRANKE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-17 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| MATHESON TRI-GAS, INC., | : | |
| | : | |
| Defendant. | : | |

## ENTRY AND ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE (DOC. NO. 14)

This matter is before the Court on the Parties' Stipulated Dismissal with Prejudice ("Stipulation") (Doc. No. 14). In the Stipulation, the Parties state, "the Court to retain jurisdiction to the enforcement of the settlement agreement." (*Id*. at PageID 57.)

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) and incorporate appropriate language in any substituted judgment entry. If the Parties intend to preserve this Court's jurisdiction, then they must submit to the Court a copy of the fully-executed settlement agreement (either by filing it on the docket or emailing it to his chambers). The Court will not retain jurisdiction without first reviewing the fully-executed settlement agreement.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, August 8, 2025.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE